**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Elias Corey, | NO. C 06-03754 JW |
|  | NO. C 06-03755 JW |
| City of Pontiac Policemen's and Firemen's Retirement System, | **ORDER CLOSING CASES** |
| Plaintiffs, | |
| v. | |
| John Gifford, et al., | |
| Defendants. | |

On October 25, 2006, the Court consolidated the above entitled cases with an earlier filed case, C 06-3344. (See Docket Item Nos. 10 in both cases.) In light of that Order, these cases should have been closed since they have been subsumed into the Lead Case. Accordingly, the Court now orders the Clerk of Court to close C 06-3754 and C 06-3755.

Dated: September 30, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christina Leigh Wu christinawu@quinnemanuel.com
Christopher William Johnstone chris.johnstone@lw.com
Darren Jay Robbins e_file_sd@csgrr.com
David Siegel dsiegel@irell.com
David Michael Friedman david.friedman@lw.com
Douglas Leavitt LEAVITT@DS-L.COM
Elizabeth B. Wydra elizabethwydra@quinnemanuel.com
Eric L. Zagar ezagar@btkmc.com
Garland Aycuff Kelley Gkelley@irell.com
Heather Lynn Thompson heather.thompson@lw.com
John Charles Hueston jhueston@irell.com
John Mark Potter johnpotter@quinnemanuel.com
Jonathan Herschel Bornstein jonathan@bornsteinandbornstein.com
Lita Monique Verrier lverrier@rmkb.com
Lucas F. Olts luke.olts@bullivant.com
Michael J. Ioannou mioannou@rmkb.com
Ofer Bleiweiss obleiweiss@irell.com
Patrick C. Doolittle patrickdoolittle@quinnemanuel.com
Rees Ferriter Morgan rees.morgan@lw.com
Risha Nickelle Jamison risha.jamison@lw.com
Scott Gregory Lawson scottlawson@quinnemanuel.com
Shaunt Toros Arevian sarevian@irell.com
Shawn A. Williams shawnw@csgrr.com
Steven Bauer steve.bauer@lw.com
Susan Germer susangermer@quinnemanuel.com
Travis E. Downs travisd@csgrr.com

**Dated: September 30, 2009**             **Richard W. Wieking, Clerk**

                                          **By:    /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**